IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| OPTIMISCORP, | § | |
| | § | |
| Defendant Below, | § | No. 223, 2017 |
| Appellant, | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| WILLIAM HORNE, | § | C.A. No. 12268-VCS |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: December 13, 2017
Decided: December 15, 2017

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## **O R D E R**

This 15th day of December 2017, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned in its memorandum opinion dated March 3, 2017[1] and its Amended Final Order and Judgment dated May 4, 2017.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *Horne v. OptimisCorp*, C.A. No. 12268-VCS, 2017 WL 838814 (Del. Ch. Mar. 3, 2017).